IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>          Defendants. | No. 25-cv-01965 |

### DEFENDANTS' MOTION TO DISMISS

Defendants move to dismiss Plaintiffs' Complaint, ECF No. 1, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants submit the attached Memorandum of Points and Authorities in support of their Motion. A proposed order is also attached.

Dated: July 4, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LESLEY FARBY
Deputy Branch Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar No. 1025003)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7409
E-mail: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*