IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *on behalf of itself and those similarly situated*, and TENNESSEE FAIR HOUSING COUNCIL,<br><br>           Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*,<br><br>           Defendants. | Case No. 1:25-cv-01965-SLS |

### PLAINTIFFS' MOTION FOR A BRIEFING SCHEDULE ON THEIR FORTHCOMING MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiffs National Fair Housing Alliance, on behalf of itself, its members, and those similarly situated, and Tennessee Fair Housing Council respectfully request that the Court enter a specific briefing schedule for Plaintiffs' Motion for a Temporary Restraining Order that will be filed today. Plaintiffs propose the following briefing schedule for their Motion:

- Plaintiffs' Motion for a Temporary Restraining Order to be filed on July 7;

- Defendants' response to Plaintiffs' Motion for a Temporary Restraining Order to be filed by July 14; and

- Plaintiffs' reply in support of their Motion for a Temporary Restraining order to be filed by July 21.

Plaintiffs will seek oral argument on their request for emergency relief, and the foregoing schedule would permit the Court to hear Defendants' Motion to Dismiss and Plaintiffs' Motion for a Temporary Restraining Order at the same time. Plaintiffs will be prepared to present testimony at a hearing on their Motion for a Temporary Restraining Order.

Consistent with Local Rule 7(m), Plaintiffs proposed this schedule to counsel for Defendants, who indicated their opposition.

Consistent with Local Rule 7(c), a proposed order reflecting the requested briefing schedule is filed herewith.

Dated: July 7, 2025

Respectfully submitted,

/s/ *Lila Miller*
Lila Miller (DC Bar No. 1643721)
Reed Colfax (DC Bar No. 471730)
Robert Hunter* (DC Bar No. 90031794)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
lmiller@relmanlaw.com
rcolfax@relmanlaw.com
rhunter@relmanlaw.com

*Attorneys for Plaintiffs*

* *Application to D.D.C. pending*