IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *on behalf of itself and those similarly situated*, and TENNESSEE FAIR HOUSING COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*,<br><br>Defendants. | Case No. 1:25-cv-01965-SLS |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Local Civil Rule 65.1(a), Plaintiff National Fair Housing Alliance, on behalf of itself, its members, and those similarly situated, and Plaintiff Tennessee Fair Housing Council hereby move for a temporary restraining order.

For the reasons presented in the accompanying memorandum in support of this motion, the Court should enter an order that requires Defendants to administer the Fair Housing Initiatives Program ("FHIP") by implementing existing FHIP grants and awarding new FHIP grants pursuant to the pending FHIP funding announcements. The specific contours of the relief that Plaintiffs seek are provided in the accompanying proposed order.

Pursuant to Local Rule 65.1(a), the undersigned counsel certify that Defendants will receive actual notice of this Motion via ECF and their counsel of record. Plaintiffs will also email copies of their filings to counsel of record. Plaintiffs did not notify the Clerk of this filing

2

in advance because, as laid out in their Motion for a Briefing, ECF 9, Plaintiffs do not seek immediate action outside of business hours.

    As laid out in their contemporaneously filed Motion for a Scheduling Order, Plaintiffs respectfully request that their request for a temporary restraining order be heard at the same time as Defendants' Motion to Dismiss, and Plaintiffs will be prepared to present testimony at that hearing.

Dated: July 7, 2025                          Respectfully submitted,

                                                 /s/ *Lila Miller*
                                                 Lila Miller (DC Bar No. 1643721)
                                                 Reed Colfax (DC Bar No. 471730)
                                                 Robert Hunter* (DC Bar No. 90031794)
                                                 RELMAN COLFAX PLLC
                                                 1225 19th Street NW, Suite 600
                                                 Washington, DC 20036
                                                 Tel: (202) 728-1888
                                                 Fax: (202) 728-0848
                                                 lmiller@relmanlaw.com
                                                 rcolfax@relmanlaw.com
                                                 rhunter@relmanlaw.com

                                                 *Attorneys for Plaintiffs*

                                                 *\* Application to D.D.C. pending*