AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *on behalf of itself and those similarly situated*, and TENNESSEE FAIR HOUSING COUNCIL,<br>Plaintiff<br>v.<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development,*<br>Defendant | Case No.  1:25-cv-01965-SLS |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                        .

Date:     07/11/2025

/s/ Robert Hunter
*Attorney's signature*

Robert Hunter (Bar No. 90031794)
*Printed name and bar number*

RELMAN COLFAX PLLC
1225 19th ST N.W., Suite 600
Washington, D.C. 20036

*Address*

rhunter@relmanlaw.com
*E-mail address*

(202) 728-1888
*Telephone number*

(202) 728-0848
*FAX number*