# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL FAIR HOUSING
ALLIANCE, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, *et al.*,

    *Defendants*.

Civil Action No. 25‑1965 (SLS)

Judge Sparkle L. Sooknanan

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 24, the Court **GRANTS IN PART** the Plaintiffs' Motion for Temporary Restraining Order, ECF No. 11.

The Court **ORDERS** the Defendants to comply with their statutory obligations to make funds available under the Fair Housing Initiatives Program (FHIP), *see, e.g.*, 42 U.S.C. §§ 3616a(b)(1), (c)(1), (d)(1), before the appropriations lapse on September 30, 2025, *see* Consolidated Appropriations Act, 2024, Pub. L. No. 118-42, 138 Stat. 25, 370.

The Court further **ORDERS** the Defendants to file a status report by August 1, 2025, confirming whether all multi-year grantees have been authorized to start work under the upcoming year of their existing PEI grants and whether HUD remains on track to meet the beginning-of-August projection for finalized paperwork.

The Court further **ORDERS** the Defendants to file a status report by August 4, 2025, that provides a detailed plan regarding how it intends to meet its statutory obligations. This report should contain the information described in the Court's Memorandum Opinion, ECF No. 24.

The Court further **ORDERS** the Defendants to file status reports every seven days after its August 4, 2025, status report detailing its progress with respect to new grant awards for the 2024 fiscal year.

The Court further **ORDERS** the Parties to meet and confer and to file a joint status report by July 29, 2025, at 5:00 PM. In that report, the Parties should advise whether they consent to extending the current temporary restraining order beyond 14 days. If not, the Parties shall propose an expedited preliminary injunction briefing schedule.

This Order will remain in effect until further order from this Court or within 14 days of this Order, whichever comes first.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   July 28, 2025