IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *on behalf of itself and those similarly situated*, and TENNESSEE FAIR HOUSING COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*,<br><br>Defendants. | Case No. 1:25-cv-01965-SLS |

## JOINT STATUS REPORT

Pursuant to the Court's July 28, 2025 Memorandum Opinion and Order, the Parties have met and conferred and hereby submit this Joint Status Report to address whether to extend the Temporary Restraining Order ("Order"), ECF 25, beyond fourteen days.

*The Parties' Position*

The Parties agree that no additional briefing or evidence is necessary for the Court to consider extending the Order or entering preliminary injunctive relief. The Parties agree that the Court may convert the existing Order to a preliminary injunction order.

*Defendants' Position*

For the reasons stated in Defendants' Motion to Dismiss (ECF 7), Opposition to Motion for a Temporary Restraining Order (ECF 15), and during oral argument, Defendants maintain

that Plaintiffs are not entitled to any relief in this case.[1]  As a result, Defendants do not consent to an extension of the Order.

*Plaintiffs' Position*

Plaintiffs believe that good cause exists to convert the Order into a preliminary injunction. The Order directs Defendants to comply with statutory and regulatory deadlines up to and including September 30, and preliminary injunctive relief should therefore remain in place while Defendants satisfy those requirements.[2]

| | |
|---|---|
| Dated: July 29, 2025 | Respectfully submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>JOSEPH BORSON<br>Assistant Branch Director<br>Federal Programs Branch<br><br>*/s/ Heidy L. Gonzaez*<br>HEIDY L. GONZALEZ<br>(FL Bar No. 1025003)<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC  20005<br>Tel. (202) 598-7409<br>heidy.gonzalez@usdoj.gov<br><br>*Attorneys for Defendants* | /s/ *Lila Miller*<br>Lila Miller (DC Bar No. 1643721)<br>Reed Colfax (DC Bar No. 471730)<br>Robert Hunter (DC Bar No. 90031794)<br>RELMAN COLFAX PLLC<br>1225 19th Street NW, Suite 600<br>Washington, DC 20036<br>Tel: (202) 728-1888<br>Fax: (202) 728-0848<br>lmiller@relmanlaw.com<br>rcolfax@relmanlaw.com<br>rhunter@relmanlaw.com<br><br>*Attorneys for Plaintiffs* |

---

[1] Specifically, HUD's position remains that it is on track to obligate FHIP funds by September 30, 2025.  In fact, earlier today HUD published the subject NOFOs, with an application deadline of August 21, 2025.

[2] Plaintiffs will separately file a status report with the Court tomorrow regarding Plaintiffs' position on the new NOFOs.