IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

## MOTION TO APPEAR VIA VIDEOCONFERENCE

Defendants respectfully request that the status conference scheduled for August 11, 2025 at 2:00 p.m. proceed via videoconference. Counsel for Defendants is located outside the Washington D.C. area. Between Friday, August 8, 2025 and Monday, August 11, 2025, counsel for Defendants has conflicts with other matters that inhibit counsel's ability to travel to Washington, D.C. for the status conference. Given the imminent expiration of the Temporary Restraining Order in this case, counsel for Defendants is mindful that the status conference must proceed as scheduled but respectfully submits that good cause exists to proceed via videoconference. Proceeding in this fashion would eliminate all current conflicts. Moreover, given the breadth of the briefings to date and the nature of the outstanding issues, Plaintiffs will not be prejudiced by a remote proceeding.

The parties conferred via email. Plaintiffs' counsel indicated: "We have no objection to the court providing a virtual option for you. We will plan to appear in person."

Dated: August 7, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*