UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL FAIR HOUSING
ALLIANCE, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, *et al.*,

    *Defendants*.

Civil Action No. 25-1965 (SLS)

Judge Sparkle L. Sooknanan

## ORDER

The Plaintiffs ask the Court to convert the recent Temporary Restraining Order, ECF No. 25, into a preliminary injunction. *See* Joint Status Report at 2, ECF No. 26. The Defendants concede that the Court has the authority to do this. *See id.* at 1; *see, e.g.*, *Nat'l Treasury Emps. Union v. Vought*, No. 25-cv-381, 2025 U.S. Dist. LEXIS 59297, at *167–68 (D.D.C. Mar. 28, 2025) ("Plaintiff's Motion for Temporary Restraining Order . . . was converted with the parties' consent to a Motion for Preliminary Injunction[.]"). And both Parties "agree that no additional briefing or evidence is necessary for the Court to consider . . . entering preliminary injunctive relief." Joint Status Report at 1. For the reasons explained in the Court's Memorandum Opinion, ECF No. 24, and at the hearing held on August 11, 2025, the Court **GRANTS IN PART** preliminary injunctive relief to the Plaintiffs.

The Court **ORDERS** the Defendants to comply with their statutory obligations to make funds available under the Fair Housing Initiatives Program (FHIP), *see, e.g.*, 42 U.S.C. §§ 3616a(b)(1), (c)(1), (d)(1), before the appropriations lapse on September 30, 2025, *see* Consolidated Appropriations Act, 2024, Pub. L. No. 118-42, 138 Stat. 25, 370.

The Court further **ORDERS** the Defendants to file a status report by August 18, 2025, and every seven days thereafter, detailing their progress with respect to new grant awards for the 2024 fiscal year.

This Order will remain in effect until further order from this Court.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   August 11, 2025