IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

## NOTICE

Following the August 11, 2025 status conference, Defendants provide the following information.

The application period for the FY24 NOFOs will close at midnight on August 21, 2025. The soonest that HUD will have access to data on the total number of applications submitted for the FHIP NOFOs will be August 22, 2025. HUD does not know what time on August 22 that data will be available because that timing depends on external factors, such as how quickly the contractor is able to process that data and make it available. Further, that will be raw (not yet quality checked) data that may not accurately reflect the actual number of applications submitted for the NOFOs. For example, that data will not reflect any applications that were submitted but not properly received and registered in the system due to system error.

HUD understands that on August 25, 2025, it will have access to the final list of applications that were timely submitted. The contractor has indicated that HUD should have access to that information by the morning of August 25. Accordingly, HUD respectfully submits that, as the Court indicated, the status conference may be set in the afternoon on August 25.

1

Dated: August 12, 2025

                                              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*