IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's August 11, 2025 Order, ECF No. 33, Defendants provide the following information.

*Existing Multi-Year PEI Grantees*

1. There remain two existing multi-year PEI grantees for which subsequent year grant agreements still need to be negotiated and executed. HUD is in contact with these grantees and they remain on track to have grant agreements executed no later than mid-September.

*FY24 NOFOs*

2. The application period closed on August 21, 2025, and preliminary data reflects that HUD received 191 total applications across the four NOFOs.[1] That same day, notice of HUD's approval of a 23-day application period based on exigent and emergency circumstances was published in the Federal Register. *See* 30-Day Notice Waiver for Fair Housing Initiatives Program NOFOs; Notice of Waiver, 90 Fed. Reg. 40838 (Aug. 21, 2025), *available at* https://www.federalregister.gov/documents/2025/08/21/2025-16021/30-day-notice-waiver-for-fair-housing-initiatives-program-nofos-notice-of-waiver.

---

[1] HUD anticipates that its contractor will provide the final application count by the status conference scheduled for 2:00 p.m.

1

3. Eligibility review was conducted during the application period and remains ongoing. As previously reported, HUD anticipates that its eligibility determinations will be complete and entered into the system by August 28, 2025.

4. As of August 22, 2025, HUD has assembled 74 confirmed merit reviewers. This is an increase of 17 additional reviewers from the prior status report. HUD continues to have the ability to add additional reviewers should the need arise. Once all eligibility determinations are made and HUD and its contractor know the scope of the eligible applications that will require merit review, the review panels will be assembled, applications will be loaded into the system, and a quality control check will be completed to confirm that each application has been loaded into the correct component and initiative panel.

5. As previously reported, HUD will conduct merit review training on August 27, 2025. HUD anticipates that the merit review could begin as early as August 29, 2025, and will begin no later than September 2, 2025.

6. As previously reported, HUD plans to provide Congress a notification under 42 U.S.C. § 3616a(e)(1), and HUD anticipates doing so by August 26, 2025.

Dated: August 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*