**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's August 11, 2025 Order, ECF No. 33, Defendants provide the following information.

*Existing Multi-Year PEI Grantees*

1.      There is currently one existing multi-year PEI grantee for which subsequent year grant agreement negotiations remain pending.  As previously reported, HUD is in contact with that grantee.  The other grantee for which negotiations remained pending as of the last status report on September 2, 2025, ECF No. 43, has decided not to execute a new grant agreement and seek year three funding.  The corresponding PEI funding will be utilized in the NOFO award process.

*FY24 NOFOs*

2.      HUD completed eligibility review on August 28, 2025, and gave applicants that received ineligibility notices until September 2, 2025 to appeal.  Of the 53 applications that were initially determined to be ineligible, 18 were duplicate application submissions and 18 others were not appealed.  HUD received 17 eligibility determination appeals.  HUD granted the appeals for 5 of these applications, and affirmed the ineligibility determination for 12 applications.

1

3.      Merit review began on August 29, 2025.  HUD is on schedule to finalize merit review by September 17, 2025.


Dated: September 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
HEIDY L. GONZALEZ (FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

*Attorneys for Defendants*