IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *on behalf of itself and those similarly situated*, and TENNESSEE FAIR HOUSING COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*,<br><br>Defendants. | Case No. 1:25-cv-01965-SLS |

## **PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT AND MOTION FOR HEARING**

Plaintiffs respectfully submit the following status report in response to Defendants' September 22, 2025 Status Report, ECF 47, and to request an immediate status conference.

The Department of Housing and Urban Development's (HUD) status report stated that the agency is "on track to finalize obligations by September 30, 2025 or sooner," but it did not address the interim steps HUD must take to meet this deadline, as previous status reports have done. Specifically, HUD's report did not address the anticipated number of awards, the anticipated date for award determinations, congressional committee notifications, or execution of obligation letters. This information is essential to ensuring that HUD meets the upcoming appropriation deadline and that the Parties and the Court have adequate time to address any issues that arise in the final stages. HUD takes the position that the FY24 Appropriations Act

prohibits HUD from publicly announcing award decisions (including informing Plaintiffs) until three days after HUD has notified Congress of the awards. If the congressional notification has not yet occurred, then Plaintiffs will not receive information about the award decisions until at least September 29, the day before the appropriations deadline.

HUD previously represented that the agency anticipated making award selections and notifying congressional committees by September 23, 2025, *see* ECF 36 at ¶ 11, and counsel for HUD said that the agency would inform Plaintiffs when it transmits the congressional notification (starting the three-day clock for announcing decisions). On Monday September 22, counsel for HUD stated by email that the agency was still endeavoring to notify committees on September 23 and execute obligation letters by September 26. That same day, counsel for Plaintiffs responded to request confirmation when the agency executes obligation letters (in addition to the confirmation of congressional committee notification).

As of the time of this filing, the agency has not responded to this request, has not disclosed whether selections have been made and transmitted to Congress, and has not responded to the follow-up email sent by counsel for Plaintiffs on the afternoon of Tuesday September 23.

Given the timing and because HUD's next status report is also not due until the day before the appropriation deadline, Plaintiffs request an immediate status conference to ensure that the award process is proceeding as planned or, if not, that the Court has an opportunity to hold open the appropriation. Counsel for Plaintiffs will make themselves available for an in-person, video, or telephonic hearing at the Court's convenience.

Dated: September 24, 2025

Respectfully submitted,

/s/ *Lila Miller*
Lila Miller (DC Bar No. 1643721)
Reed Colfax (DC Bar No. 471730)

                                                Robert Hunter (DC Bar No. 90031794)
                                                RELMAN COLFAX PLLC
                                                1225 19th Street NW, Suite 600
                                                Washington, DC 20036
                                                Tel: (202) 728-1888
                                                Fax: (202) 728-0848
                                                lmiller@relmanlaw.com
                                                rcolfax@relmanlaw.com
                                                rhunter@relmanlaw.com

                                                *Attorneys for Plaintiffs*