# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *on behalf of itself and those similarly situated*, and TENNESSEE FAIR HOUSING COUNCIL,<br><br>               Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*,<br><br>               Defendants. | Case No. 1:25-cv-01965-SLS |

## JOINT STATUS REPORT AND REQUEST FOR STATUS CONFERENCE

Pursuant to the Court's September 24, 2025 Minute Order, the Parties met and conferred by telephone and submit this Joint Status Report and Request for Status Conference.

Plaintiffs request that the Court schedule a status conference for the afternoon of September 30, 2025. Doing so will ensure that, to the extent necessary, Plaintiffs will have an opportunity to request that the Court hold open the appropriation to address any issues that arise during the final stages of award and obligation.

Because HUD plans to begin execution of obligation letters on the morning of September 30, Defendants request that any such status conference be scheduled at 4:00pm Eastern or later and that counsel for HUD be permitted to appear via video. HUD respectfully submits that a status conference earlier in the day would be premature.

The Parties agree to meet and confer on September 30 and, should the Parties agree that the status conference is no longer necessary, will so inform the Court via a supplemental joint status report at least one hour before the status conference is scheduled to begin.

Dated: September 25, 2025

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>JOSEPH BORSON<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/ *Heidy L. Gonzalez*<br>HEIDY L. GONZALEZ<br>(FL Bar No. 1025003)<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC  20005<br>Tel. (202) 598-7409<br>heidy.gonzalez@usdoj.gov<br><br>*Attorneys for Defendants* | /s/ *Lila Miller*<br>Lila Miller (DC Bar No. 1643721)<br>Reed Colfax (DC Bar No. 471730)<br>Robert Hunter (DC Bar No. 90031794)<br>RELMAN COLFAX PLLC<br>1225 19th Street NW, Suite 600<br>Washington, DC 20036<br>Tel: (202) 728-1888<br>Fax: (202) 728-0848<br>lmiller@relmanlaw.com<br>rcolfax@relmanlaw.com<br>rhunter@relmanlaw.com<br><br>*Attorneys for Plaintiffs* |