IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's August 11, 2025 Order, ECF No. 33, Defendants provide the following information.

1. HUD remains on track to obligate all remaining FY24 FHIP funds by September 30, 2025.

2. Late morning on September 24, 2025, HUD notified Congress of its planned FHIP NOFO awards, as required by Section 221 of the 2024 Consolidated Appropriations Act.

3. Section 221 dictates that awards cannot be "announced" until "3 full business days" after the notification is provided to the Appropriations committees. The first "full" business day after September 24 was Thursday, September 25, meaning the 3-business day award embargo runs through Monday, September 29. As a result, HUD plans to execute all obligation/award letters (obligating all remaining FY24 FHIP funds) as early as possible on Tuesday, September 30. HUD is not permitted to announce details about those planned awards prior to September 30. HUD will be ready to execute the obligation/award letters come September 30.

4. HUD will inform Plaintiffs about the awards as soon as the obligation/award letters have been executed.

5.     Once the awards have been made, HUD will work with each awardee as quickly as possible to negotiate and execute the grant agreement that will govern their work, including so that work start dates can be as early as possible for those wanting such date.

Dated: September 29, 2025

             Respectfully submitted,

             BRETT A. SHUMATE
             Assistant Attorney General
             Civil Division

             JOSEPH BORSON
             Assistant Branch Director
             Federal Programs Branch

             */s/ Heidy L. Gonzalez*
             HEIDY L. GONZALEZ (FL Bar No. 1025003)
             *Trial Attorney*
             U.S. Department of Justice,
             Civil Division, Federal Programs
             1100 L Street, N.W.
             Washington, DC  20005
             Tel: (202) 598-7409
             Email: heidy.gonzalez@usdoj.gov

             *Attorneys for Defendants*