IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

## NOTICE

Pursuant to the Court's September 29, 2025 minute order, HUD confirms that it has executed the obligation letters for all FY24 FHIP funds. As a result, all FY24 FHIP funds have been obligated.

Dated: September 30, 2025

                                                          Respectfully submitted,

                                                          BRETT A. SHUMATE
                                                          Assistant Attorney General
                                                          Civil Division

                                                          JOSEPH BORSON
                                                          Assistant Branch Director
                                                          Federal Programs Branch

                                                          */s/ Heidy L. Gonzalez*
                                                          HEIDY L. GONZALEZ (FL Bar No. 1025003)
                                                          *Trial Attorney*
                                                          U.S. Department of Justice,
                                                          Civil Division, Federal Programs
                                                          1100 L Street, N.W.
                                                          Washington, DC 20005
                                                          Tel: (202) 598-7409
                                                          Email: heidy.gonzalez@usdoj.gov

                                                          *Attorneys for Defendants*