NATIONAL FAIR HOUSING ALLIANCE, *on behalf of itself and those similarly situated*, and TENNESSEE FAIR HOUSING COUNCIL,

               Plaintiffs,

v.

THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*,

               Defendants.

Case No. 25-cv-01965-SLS

## PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO SUSPEND LAPSE DATE FOR FOURTEEN DAYS

Plaintiffs write in response to Defendants' opposition regarding the lapse date for the Fair Housing Initiatives Program ("FHIP") appropriation. ECF 56. Counsel for Plaintiffs are in receipt of the full list of FHIP awards and the list of NFHA members whose FHIP applications were denied. Through Plaintiffs and member-organizations, counsel is also aware that award and denial letters are going out to applicants on a rolling basis today.

In addition to counsel's preliminary review of eligibility, Plaintiffs have reached out to member-organizations to request that any applicant with a concern regarding their award immediately alert counsel. Should any Plaintiff or member-organization wish to dispute an award determination, counsel for Plaintiffs will inform HUD and the Court.

Counsel for Plaintiffs asked counsel for HUD about determination appeals during a telephonic conference last week and, although counsel for HUD said they would follow up, Plaintiffs did not hear back. Counsel for Plaintiffs raised this matter again by telephone yesterday and by email this morning. Plaintiffs have asked for Defendants' position on challenges to award

determinations that do not relate to scoring or eligibility, including Defendants' position on the avenue for such a challenge and the potential relief. As of this filing, HUD has not shared its position.

Because an applicant may wish to assert a challenge to its award determination, Plaintiffs continue to believe that a temporary suspension of the lapse date is necessary. If Defendants provide sufficient assurances that they will use alternative agency funds to redress meritorious challenges to award determinations unrelated to scoring, whether such challenge is asserted in court or directly to HUD, Plaintiffs will amend or withdraw their motion as appropriate.

Dated: September 30, 2025

Respectfully submitted,

/s/ *Lila Miller*

Lila Miller (DC Bar No. 1643721)
Reed Colfax (DC Bar No. 471730)
Robert Hunter (DC Bar No. 90031794)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
lmiller@relmanlaw.com
rcolfax@relmanlaw.com
rhunter@relmanlaw.com

*Attorneys for Plaintiffs*