IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

### JOINT STATUS REPORT

Pursuant to the Court's October 2, 2025, Minute Order, the Parties have conferred and jointly provide the following responses to the questions outlined by the Court.

The Court's preliminary injunction order required that Defendants "comply with their statutory obligations to make funds available under the Fair Housing Initiatives Program (FHIP) before the appropriations lapse on September 30, 2025." ECF No. 25 at 1 (internal citations omitted). Defendants negotiated and executed grant agreements with all active Private Enforcement Initiative grantees. *See* ECF No. 47 ¶ 1. Defendants also obligated all FY24 FHIP funds before the lapse deadline. *See* ECF No. 55 at 1. In total, Defendants issued 106 FY24 FHIP awards—82 awards were issued to Plaintiff NFHA and its members and 1 award was issued to Plaintiff TFHC.

Due to the lapse in appropriations, Defendants were precluded from negotiating any FY24 FHIP grant agreements. However, HUD remains committed to "work with each awardee as quickly as possible to negotiate and execute the grant agreement that will govern their work, including so that work start dates can be as early as possible for those wanting such date." ECF No. 54 ¶ 5. While accounting for backlogs stemming from the government shutdown and

intervening holidays, Defendants are working to assemble a group of employees who will begin contract negotiations with Plaintiffs and their members.

Accordingly, the Parties agree that the Court should hold all case deadlines in abeyance while the FY24 FHIP contracts are negotiated. The Parties are actively conferring about the items in the Court's October 2 Minute Entry and about the timing/process for the grant agreements. The Parties will submit a further joint status report regarding these issues on November 24, 2025.

Dated: November 17, 2025

           Respectfully submitted,

           BRETT A. SHUMATE
           Assistant Attorney General
           Civil Division

           JOSEPH BORSON
           Assistant Branch Director
           Federal Programs Branch

           */s/ Heidy L. Gonzalez*
           HEIDY L. GONZALEZ (FL Bar No. 1025003)
           *Trial Attorney*
           U.S. Department of Justice,
           Civil Division, Federal Programs
           1100 L Street, N.W.
           Washington, DC  20005
           Tel: (202) 598-7409
           Email: heidy.gonzalez@usdoj.gov

           *Attorneys for Defendants*

           */s/ Lila Miller*
           Lila Miller (DC Bar No. 1643721)
           Reed Colfax (DC Bar No. 471730)
           Robert Hunter (DC Bar No. 90031794)
           RELMAN COLFAX PLLC
           1225 19th Street NW, Suite 600
           Washington, DC 20036
           Tel: (202) 728-1888
           Fax: (202) 728-0848

lmiller@relmanlaw.com  
rcolfax@relmanlaw.com  
rhunter@relmanlaw.com  

*Attorneys for Plaintiffs*