IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 25-cv-01965-SLS |

## JOINT STATUS REPORT

Pursuant to the Court's October 2, 2025, Minute Order, the Parties have conferred and jointly provide the following responses to the questions outlined by the Court.

As to the Court's first question, the preliminary injunction order required that Defendants "comply with their statutory obligations to make funds available under the Fair Housing Initiatives Program (FHIP) before the appropriations lapse on September 30, 2025." ECF No. 33 at 1 (internal citations omitted). Because this Court held that "it appears that Defendants have complied with the Court's preliminary injunction," *see* Minute Order (Sep. 30, 2025), the Court may vacate the remainder of the injunction.

As to the Court's second question, because execution of FY24 FHIP agreements with Plaintiffs remains outstanding, there are issues "that remain to be resolved in this case," Minute Order (Sep. 30, 2025). HUD plans to send Plaintiffs baseline FHIP agreements by December 12, 2025. The Parties will work together during the following two weeks to execute those agreements, to the extent Plaintiffs have no objections that require further negotiations.

HUD will file a status report on December 15, 2025, in which it plans to confirm that baseline FHIP agreements have been sent to Plaintiffs and that HUD staff remains available to negotiate and execute agreements between December 12 and 29. The Parties will file a

subsequent status report on December 29, 2025, to confirm that agreements have been executed and, if needed, inform the Court of the progress of any remaining negotiations.

It is Plaintiffs' position that finalizing grant agreements this calendar year is imperative, both because many organizations are suffering from funding gaps, *see* ECF No. 24 at 24-25 (describing irreparable harm), and because the likelihood of another government shutdown early in 2026 risks further protracting the FHIP award process to Plaintiffs' detriment.

In the interim, the Parties propose that all other case deadlines be held in abeyance while FHIP contract negotiations are underway.

Dated: November 24, 2025

                              Respectfully submitted,

                              BRETT A. SHUMATE
                              Assistant Attorney General
                              Civil Division

                              JOSEPH BORSON
                              Assistant Branch Director
                              Federal Programs Branch

                              */s/ Heidy L. Gonzalez*
                              HEIDY L. GONZALEZ (FL Bar No. 1025003)
                              *Trial Attorney*
                              U.S. Department of Justice,
                              Civil Division, Federal Programs
                              1100 L Street, N.W.
                              Washington, DC  20005
                              Tel: (202) 598-7409
                              Email: heidy.gonzalez@usdoj.gov

                              *Attorneys for Defendants*

                              /s/ *Lila Miller*
                              Lila Miller (DC Bar No. 1643721)
                              Reed Colfax (DC Bar No. 471730)
                              Robert Hunter (DC Bar No. 90031794)
                              Relman Colfax PLLC
                              1225 19th Street NW, Suite 600
                              Washington, DC 20036
                              Tel: (202) 728-1888
                              Fax: (202) 728-0848

lmiller@relmanlaw.com
rcolfax@relmanlaw.com
rhunter@relmanlaw.com

*Attorneys for Plaintiffs*