# EXHIBIT 1

**From:** AllAboutFHIP <AllAboutFHIP@hud.gov>
**Sent:** Wednesday, December 17, 2025 4:59 PM
**To:** AllAboutFHIP <AllAboutFHIP@hud.gov>
**Subject:** FY2024 FHIP Awards and Grant Negotiations Process

Good Evening:

Congratulations on receiving a FY2024 FHIP Award. Further to our email of November 21, 2025, please be advised that awardees will be contacted with information about the grant negotiations process, which may include a national call for awardees.

The template baseline grant agreements for new FY2024 FHIP EOI, FHOI and PEI awards are attached so that, in preparation for grant negotiations and anticipated grant work, you may review the changes that have been incorporated therein. The actual Statement of Work, Budget and payment schedule, as well as any applicable special conditions for your award, will be negotiated; the final version of these required documents will be included in the finalized grant agreement packages presented by HUD to you for execution, following negotiations.

We appreciate your future partnership, and your patience as we continue to prioritize FHEO work,

The Fair Housing Initiatives Program Team