**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-01965 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Tennessee Fair Housing Council ("TFHC") and Defendants the U.S. Department of Housing and Urban Development and Scott Turner, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that TFHC's claims in this case should be dismissed with prejudice, all parties to bear their own fees and costs. This dismissal does not affect claims by Plaintiff National Fair Housing Alliance, on behalf of its members, against Defendants.

Dated: March 25, 2026                    Respectfully submitted,

                    /s/ *Lila Miller*
                    Lila Miller (DC Bar No. 1643721)
                    Reed Colfax (DC Bar No. 471730)
                    Robert Hunter (DC Bar No. 90031794)
                    Relman Colfax PLLC
                    1225 19th Street NW, Suite 600
                    Washington, DC 20036
                    Tel: (202) 728-1888
                    Fax: (202) 728-0848
                    lmiller@relmanlaw.com
                    rcolfax@relmanlaw.com
                    rhunter@relmanlaw.com

                    *Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy Gonzalez*
HEIDY L. GONZALEZ (FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

2